963 A.2d 838

IN THE MATTER OF V. JAMES CASTIGLIA, AN ATTORNEY AT LAW (ATTORNEY NO. 022541977).

January 29, 2009.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 08–211, concluding that **V. JAMES CASTIGLIA of OAK RIDGE,** who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(c)(failure to explain a matter to the extent reasonably necessary for the client to make informed decisions about the representation), and *RPC* 1.7(a)(2) and (b)(conflict of interest), and good cause appearing;

It is ORDERED that **V. JAMES CASTIGLIA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent: part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.